AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | John O'Brien | Telephone: (313) 226-9100 |
| Inspector: | Stefon Wilson | Telephone: (313) 337-2193 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dewayne Javon Butler

Case No.   Case: 2:21−mj−30044
Assigned To : Unassigned
Assign. Date : 1/22/2021
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 28 and August 6, 2020__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance (Fentanyl). |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

_Stefon Wilson_
Complainant's signature

Stefon Wilson, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 22, 2021

City and state: Detroit, MI

_David G. ___
Judge's signature

David R. Grand, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Stefon Wilson, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. I am assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a postal Inspector since June 2017. I attended the United States Postal Inspection Service Basic Training Academy where I have received training in the detection and investigation of prohibited mailing offenses. As part of my duties, I investigate incidents wherein the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Dewayne Javon BUTLER Date of Birth: XX/XX/1989, for evidence of violations of Title 21, United States Code, Section 841(a), possession with intent to distribute a controlled substance

1

(fentanyl). Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Dewayne Javon BUTLER has violated Title 21, United States Code, Section 841(a).

3. The facts in this affidavit come from my personal observations, participation in this investigation, training and experience, review of records and reports, and information obtained from other agents/officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On July 28, 2020, Postal Inspectors identified USPS Priority Mail Express Parcel EL 856 421 315 US while conducting an inbound interdiction at a postal facility in Michigan. Affiant observed the parcel was addressed to Stephanie Eli, 44XX Sail Dr, Sterling Heights, MI 48310, with a return address of PrEcision Clolhing Inc., 211 N 8th St Suite, Las Vegas, NV, 89101. The parcel was mailed on July 27, 2020, from Las Vegas.

5. Affiant conducted further investigation of the subject parcel, to include address queries and a positive alert from a controlled substance

detecting K-9. Based on this information, Affiant applied for a federal search warrant for the subject parcel. On July 28, 2020, Affiant swore to and the Honorable David R. Grand, U.S. Magistrate Judge, signed a federal search warrant, authorizing Affiant to search the subject parcel. Affiant did conduct a search of the subject parcel along with Postal Inspector C. Bradshaw and found the subject parcel to contain approximately 1090 grams of suspected fentanyl (field tested).

6. Affiant received and reviewed the video surveillance footage from the above mentioned parcel being mailed from the state of Nevada. A comparison of BUTLER'S Michigan driver's license photo to the post office surveillance footage and pictures revealed that Dewayne BUTLER was also the mailer of this parcel in Nevada.

7. On August 6, 2020, Postal Inspectors identified USPS Priority Mail Express Parcel EJ 387 192 565 US while conducting an inbound interdiction at a postal facility in Michigan. Affiant observed the parcel was addressed to Raven Montgomery, 95XX West Pickwick Circle, Taylor, MI 48180, with a return address of Kick Start, 14XXX Garfield, Redford, MI 48239. The parcel was mailed on August 6, 2020, from Las Vegas, Nevada.

8. Affiant conducted further investigation of the subject parcel, to include address queries and a positive alert from a controlled substance

3

detecting K-9. Based on this information, Postal Inspectors applied for a federal search warrant for the subject parcel. On August 6, 2020, Postal Inspector J. Taylor swore to and the Honorable Anthony P. Patti, US Magistrate Judge, signed a federal search warrant, authorizing Postal Inspectors to search the subject parcel. Affiant did conduct a search of the subject parcel along with Postal Inspector M. Van De Putte and found the subject parcel to contain approximately 2230 grams of suspected fentanyl (field tested).

9. Affiant received and reviewed the video surveillance footage from the above mentioned parcel being mailed from the state of Nevada. A comparison of BUTLER'S Michigan driver's license photo to the post office surveillance footage and pictures revealed that Dewayne BUTLER was also the mailer of this parcel.

10. Further investigation confirmed that BUTLER has been connected to both the Pickwick Circle and Garfield addresses.

11. Based upon the foregoing, there is probable cause to believe Dewayne BUTLER has knowingly violated Title 21, United States Code, Section 841(a), possession with intent to distribute a controlled substance. Accordingly, this Affiant respectfully requests that this Court issue a complaint and arrest warrant.

_____
Stefon Wilson
Postal Inspector

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
David R. Grand
Magistrate Judge, United States District Court
Eastern District of Michigan
Detroit, Michigan

Dated: January 22, 2021